FAGEN FRIEDMAN & FULFROST, LLP
Christopher J. Fernandes, SBN 204844
cfernandes@f3law.com
Joshua M. Walden, SBN 325296
jwalden@f3law.com
1525 Faraday Avenue, Suite 300
Carlsbad, California 92008
Phone: 760-304-6000
Fax: 760-304-6011

Attorneys for Upland Unified School District

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| RITA LOOF AND S.L., <br><br> Plaintiffs, <br><br> vs. <br><br> UPLAND UNIFIED SCHOOL DISTRICT, <br><br> Defendant. | CASE NO. 5:21-cv-00556-JGB-(SPx) <br><br> **NOTICE OF APPENDIX OF EXHIBITS IN SUPPORT OF DEFENDANT UPLAND UNIFIED SCHOOL DISTRICT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(B)(6)** <br><br> Date: August 23, 2021 <br> Time: 9:00 a.m. <br> Crtrm.: 1 <br> Judge: Hon. Jesus G. Bernal <br><br> Trial Date: None Set |

**TO PLAINTIFF AND HIS COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Defendant Upland Unified School District ("Defendant" or "District") hereby submits true and correct copies of the following documents:

/ / /

/ / /

/ / /

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| 1. | Request for a due process hearing filed by Plaintiffs in OAH Case No. 2020090375, dated September 11, 2020. |
| 2. | California Office of Administrative Hearings' ("OAH") Decision in the Consolidated Matters involving: Parent on Behalf of Student and Upland Unified School District, OAH Case Nos. 2019080542, 2020040245, and 2020010465, dated November 24, 2020, ("OAH Decision"). |
| 3. | Motion Requesting Judicial Notice and Application of Collateral Estoppel, filed by Defendant in OAH Case No. 2020090375, dated December 15, 2020. |
| 4. | Opposition to the District's Application for Collateral Estoppel, filed by Plaintiffs in OAH Case No. 2020090375, dated December 22, 2020. |
| 5. | OAH's Order Granting Request for Official Notice of the November 24, 2020 Decision and Granting Motion to Dismiss Issues Barred by the Doctrine of Collateral Estoppel; Order Dismissing Non-IDEA Claims; Order Granting Motion to Amend Complaint and Dismissing Issues Barred by Collateral Estoppel and Non-IDEA Claims in the matter of Parent on Behalf of Student v. Upland Unified School District, OAH Case No. 2020090375, dated December 30, 2020. |
| 6. | United States District Court, Central District of California, Eastern Division, Civil Docket for Case No.: 5:21-cv-00326-JGB-KK, |

DATED: July 19, 2021            FAGEN FRIEDMAN & FULFROST, LLP


By:    */s/ Christopher J. Fernandes*
           Christopher J. Fernandes
           Joshua M. Walden
           Attorneys for Upland Unified School District

368-361/6145569.1

Fagen Friedman & Fulfrost, LLP
1525 Faraday Avenue, Suite 300
Carlsbad, California 92008
Main 760-304-6000 • Fax 760-304-6011